# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 1, 2009

No. 08-11063
Summary Calendar

Charles R. Fulbruge III
Clerk

THERESA ANN DOBBS,

Plaintiff-Appellant,

v.

LUPE VALDEZ, in her official capacity as Sheriff of the County of Dallas,
Texas,

Defendant-Appellee.

Appeal from the United States District Court for the
Northern District of Texas
(07-CV-1124)

Before DAVIS, GARZA and PRADO, Circuit Judges.

PER CURIAM:[*]

We agree with the district court that even if Dobbs' extended detention by
county and city officials amounted to a constitutional violation, no summary
judgment evidence established any official policy or custom by the city or sheriff
sanctioning such violations.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

We therefore affirm the judgment of the district court for this reason and the additional reasons advanced by the district court in its careful Memorandum Opinion and Order of July 3, 2008.

AFFIRMED.